```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
OCEANBULK SHIPPING & TRADING S.A.    :
                                     :    08 Civ. 6145 (VM)
              Plaintiff,             :
                                     :
     -against-                       :        ORDER
                                     :
TAIWAN MARITIME TRANSPORT CO. LTD,   :
et al.                               :
                                     :
              Defendants.            :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On July 11, 2008, the Court dismissed this case without prejudice and ordered the matter to remain sealed. On **February 4, 2010**, counsel for plaintiff represented to the **Court** that no justification remained for keeping the case sealed.

Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to unseal the case; and it is further

**ORDERED** that the case is to remain closed.

**SO ORDERED.**

Dated: New York, New York
       4 February 2010

VICTOR MARRERO
U.S.D.J.